IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09CR211** |
| vs. | ) | |
| | ) | **ORDER** |
| **RICHARD GOMEZ MOREIRA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the court on defendant's motion to continue trial (Doc. 21). The defendant has not filed an affidavit or declaration regarding speedy trial, as required by NECrimR 12.1 and/or 12.3. The motion was not timely filed. (See Doc. 18 at ¶ 2). The court further finds that the defendant has not shown good cause for a continuance.

    **IT IS ORDERED** that defendant's Motion to Continue Trial (Doc. 21) is denied. The trial of this matter remains scheduled for Tuesday, July 28, 2009.

    Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order."

    **DATED July 24, 2009.**

                                                             **BY THE COURT:**

                                                             s/ F.A. Gossett
                                                              **United States Magistrate Judge**