IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR211 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RICHARD GOMEZ MOREIRA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Court's own motion.

IT IS ORDERED that the matter addressed in the Magistrate Judge's Report and Recommendation (Filing No. 42) will be submitted after the filing of the transcript of the related hearing held before the Magistrate Judge.

DATED this 25th day of November, 2009.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge