## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09CR211** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **RICHARD GOMEZ MOREIRA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the government's motion to continue trial (Doc. 51).  For good cause shown,

**IT IS ORDERED** that the motion to continue trial (Doc. 51) is granted, as follows:

1.  The jury trial now set for January 26, 2010  is continued to **February 23, 2010.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **January 26, 2010 and February 23, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because the failure to grant a continuance would deny the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED January 19, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**